AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DONALD IVEY STALVEY, JR.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV518-19

UNITED STATES OF AMERICA,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that following a Bench Trial, judgment is hereby entered in the sum of $68,716.33, in favor of the Plaintiff and against the Defendant. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: April 23, 2020

John E. Triplett, Acting Clerk
Clerk

*Candy Asbell*
(By) Deputy Clerk

GAS Rev 10/1/03